IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  05-cv-01808-LTB-PAC

FELLOWSHIP OF CHRISTIAN BULLDOGS, and
ADRIENNE MARTIN, by and through next friend, Matthew Martin, her father,

       Plaintiffs,

v.

PUEBLO SCHOOL DISTRICT #60,
PUEBLO CENTENNIAL HIGH SCHOOL, and
DR. MIGUEL ELIAS, in his Official Capacity as Principal of  Pueblo Centennial High School,

       Defendants.
_____

## ORDER
_____

Plaintiffs, Fellowship of Christian Bulldogs and the group's president, Adrienne Martin, seek a temporary restraining order against Defendants Pueblo School District #60, Pueblo Centennial High School and its Principal, Dr. Miguel Elias.  For the reasons stated on the record at the September 19, 2005 hearing, IT IS HEREBY ORDERED THAT:

    1) Plaintiffs' motion for a temporary restraining order against Defendants is DENIED; and

    2) This CASE IS STAYED for a period of ninety (90) days from the date of this order.  During the stay, the parties are required to file a report with the court every twenty (20) days indicating the status of matter and their negotiations to resolve the issues raised in the future.

Dated: September   19  , 2005 in Denver, Colorado.

                                        BY THE COURT:


                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, CHIEF JUDGE