IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  05-cv-01808-LTB-PAC

FELLOWSHIP OF CHRISTIAN BULLDOGS, and
ADRIENNE MARTIN, by and through next friend, Matthew Martin, her father,

       Plaintiffs,

v.

PUEBLO SCHOOL DISTRICT #60,
PUEBLO CENTENNIAL HIGH SCHOOL, and
DR. MIGUEL ELIAS, in his Official Capacity as Principal of Pueblo Centennial High School,

       Defendants.
_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 7 - filed January 31, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, CHIEF JUDGE

DATED: February 1, 2006